UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED BY MAIL
SEP 30 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

JAMES ANTHONY KROGER

AND

PHYLLIS LAYNE KROGER,

    Plaintiffs,

v.

THE FBI, SPECIAL AGENT GLENN MOULE, AND UNNAMED FBI AGENTS AND EMPLOYEES

    Defendants.

CIVIL COMPLAINT

24-cv-3772 (JWB/ECW)

SCANNED
SEP 30 2024 AP
U.S. DISTRICT COURT MPLS

## Introduction

There is a sacrifice to be made and a price to be paid. I am Justice. Very simple words when they were first written in my rough draft academic writings, as an academic and professor, the in-progress, yet to be published book that I'm writing, of great importance containing ideas and concepts that are pivotal to our national discussion and the marketplace of ideas, sharing and expressing Trumpian Republican philosophical, ideological, and political beliefs and viewpoints, with that in-progress rough draft submitted as claims under the Federal Tort Claims Act. Very simple words for which I was jailed on April 5, 2024 after my Initial Appearance, and very simple words for which I'm still jailed, with the FBI Office of General Counsel malevolently orchestrating to issue their attached 'right to sue' letter on the very same date of April 5, 2024, noting the typo in the 'right to sue' letter for a 'sum certain' of $2 Billion, when the 'sum certain' is indeed $2 Trillion. Very simple words that I do so say again. There is a sacrifice to be made and a price to be paid. I am Justice.

$2 Trillion in claims is brought before this court against the FBI, Special Agent Glenn Moule, and unnamed FBI agents and employees. This $2 Trillion is the sacrifice that the federal government must make. And, this $2 Trillion is the price to be paid. And, yes, I am Justice. By exercising my right to bring these civil claims against the federal government for the abuses and harms of the FBI so do I bring justice to the federal government, at a time when the federal government needs to say of the FBI, "We are sorry. We made a mistake," and so too do I speak Justice, standing my ground for my fellow Americans so that the American people can live in peace and prosperity with the blessings of freedom and liberty, freed of the evil, darkness, corruption, and abuse that is the FBI. And, in so doing, in bringing these civil administrative claims and now this civil action, I am Justice, a Justice to all Americans, as this light of Justice shines brightly, offering truth to cut through the lies and deceit of the FBI, revealing what the FBI would cover up and conceal, and placing it all before the feet of the American people. So, yes, by exercising my rights to have made these civil claims and to bring this civil action, I am Justice, jail or no jail.

The corrupt Democrats jailed me, the teacher, the academic, the scholar, the author, for those extremely important idea and concept rich rough draft academic writings, a book in the making, under the guise

and deception of calling those pivotal, inspirational, historical, and policy oriented rough draft academic writings a threat, a danger, radical (U.S. Attorney quoted in The Minnesota Star Tribune), and every other absurd and nonsensical term that their minds could muster to abusively, illegally, and unconstitutionally misuse their offices and abuse their power to silence and punish Trumpian Republican philosophical, ideological, and political beliefs and viewpoints to which they freely admit, so flagrant and open are the power-drunk Democrats. Being an academic and author in America is far worse than what one might even expect in communist China with corrupt Democrat prosecutors and judges abusing their power to hold hard the Democrat Party line, like the Chinese communists. And, yes, these corrupt Democrats even try to harm, to kill those with whom they disagree, as I have personally experienced and as President Trump has personally experienced, all as fully detailed in my petition to Justice Kavanaugh, The Honorable, The Supreme Court of the United States.

Democrats are a severe and extremely dangerous source of violence in America today, as well documented in newspapers and other media by President Trump and others, and will stop at nothing to silence even the smallest Trumpian Republican voice offering an idea and concept rich message of peace, prosperity, harmony, and unity for the American people and the American marketplace of ideas. I can attest to this because I've experienced it and lived it. This civil complaint and this civil action is intended to bring light, truth, and Justice to all things and to indeed recover the sum of $2 Trillion from the federal government as it says of the FBI, "We are sorry. We made a mistake."

There are some souls that shine bright enough to light the world and no force of evil or darkness can defeat the light for it simply is and it simply shines and the greater the evil and darkness that surround it and seek to consume it the brighter and more radiant does it become, bright enough and radiant enough to light a nation and even to light the world. Most people think of history as big dates, big events, and big people. After all, that's how most of us learned history and, in hindsight, that's often the easiest way to view and understand history, but that is not history at all. History happens in moments, sometimes so small they're barely noticed, sometimes in a moment that forever changes a single soul with that soul forever changing the world and sometimes across millions of moments and millions of souls forever touching history and touched by it. In seeking the light, for both myself and others, and in seeking to be a light that may help and guide others, so do I request that this entire civil action be fully open to the public in all ways so that truth and Justice may reveal all with nothing hidden and nothing sealed, as the Democrats have proven by their actions and deeds they love to cloak in darkness and conceal what they do, especially their greatest atrocities of which I and others have been the victim.

As I am jailed for my Trumpian Republican rough draft academic writings, as a teacher, academic, scholar, and author, and for the content of my civil claims against the government, it is undoubtedly so that my emergency petition for writ of habeas corpus made, as an emergency request from Tim Walz's Minnesota, to Justice Kavanaugh, The Honorable, The Supreme Court of the United States, with Justice Kavanaugh assigned to Minnesota for emergency requests, will come before this court as a notice or exhibit. This is especially true given that this $2 Trillion in claims is part of the $9 Trillion in pre-jail, pre-April 5th claims presented to Justice Kavanaugh, The Honorable, The Supreme Court of the United States in habeas as part of my requested relief which the Supreme Court may award, noting that if the Supreme Court settles this matter and grants a monetary award then that will conclude the $9 Trillion in claims, including this $2 Trillion in claims, and this civil complaint will be dropped and this civil action concluded; however, this civil complaint must be filed in the District Court by October 5th, 6 months from the date of the FBI's April 5th 'right to sue' letter in order to preserve my rights, the rights for which I'm now illegally and unconstitutionally jailed, as a political hostage and prisoner, as fully explained and well detailed, by Democrats who have a political agenda to silence and punish Trumpian Republican philosophical, ideological, and political beliefs and viewpoints to advance Harris-Walz.

In my emergency petition to Justice Kavanaugh, The Honorable, The Supreme Court of the United States, I shared words, history, and analogies from the Titanic in order to provide fuller and richer detail and depth of expression. Yes, April 15, 1912 she sank, an event that forever changed the world, but like all events in history it consisted of thousands, even millions of moments and when we dare to look at the moments they forever touch us, change us, and become part of us, seared to our soul. Moments. In this civil action I will share with you the moments. Moments that will touch you, change you, and become part of you, forever seared to your soul. Knowing that evil and darkness never have, never could last forever and that, after all, tomorrow is another day and the sun will indeed rise again, in a moment shining light unto the world. And, when that warm and radiant glow forever vanquishes the evil and darkness and when those moments begin to fade in to events and dates, recounted in the roster and roll call of history, so shall I say of my book, as did Charles Pellegrino say of his book, Her Name, Titanic that "This book was an exorcism, of sorts. A final release. And I do not wish ever to repeat the experience."

There is a sacrifice to be made and a price to be paid. I am Justice. With this perfectly legitimate and fair statement of financial consequences and monetary damages for which I'm illegally and unconstitutionally jailed by corrupt Democrats as a political hostage and prisoner in order to advance Harris-Walz as a backdrop, I will detail the specific counts of this particular civil complaint, which relates exclusively to pre-jail, pre-April 5th actions of the FBI and its agents and employees for which I lawfully seek redress in the form of monetary damages, just as I detailed in my rough draft Trumpian Republican academic writings, submitted as claims under the Federal Tort Claims Act, for which I'm now illegally and unconstitutionally jailed by some of the most corrupt and abusive Democrats in American history.

Although I do believe that the evidence supports criminal charges against the FBI and its agents for crimes such as attempted murder, terrorism, and that category of crimes that would generally be classified as war crimes, and although the allegation of such crimes was raised in the lawful civil administrative claims filings for which I am now illegally and unconstitutionally jailed, I do not include criminal allegations in this civil complaint and action for the simple reason that a civil action does not permit me to prosecute criminal allegations and with it being necessary for President Trump to be re-elected in order for there to be truth in government and for government officials, agents, and employees who have committed crimes to be held accountable in order to restore law and order to government, which is what I wrote about in my Trumpian Republican rough draft academic writings for which I'm illegally and unconstitutionally jailed, lawfully presented to the government as civil claims under the Federal Tort Claims Act, for which I am politically persecuted and jailed as a political hostage and prisoner, all as fully explained in my emergency petition to Justice Kavanaugh, The Honorable, The Supreme Court of the United States.

Notably, while I am well aware of the fact that $2 Trillion is an historic, unheard of, and unprecedented amount of monetary damages it is indeed the 'sum certain' and the amount of monetary damages that I seek, as is my legal right, jail or no jail, political prisoner or no political prisoner, political persecution or no political persecution, and political hostage or no political hostage. Whether I be illegally and unconstitutionally jailed or rightfully and justly returned home to the Kroger Heritage Farm as should have happened on April 5th were it not for corrupt Democrats, the amount of $2 Trillion stands.

Threats, abuse, and strong-arming by corrupt Democrats can never, ever be permitted to stand. Evil and darkness have no place in America, and neither does corruption and abuse of power in government, let alone crimes being committed by government officials, agents, and employees who find shelter, aid, and comfort from Democrats and Biden-Harris-Walz.

Also, as it is directly relevant to this civil complaint and my request for a corruption-free, Democrat-free legal proceeding, please be advised that all four of the judges in my criminal matter, including Clinton Appointee Senior Judge Frank, Magistrate Micko, Magistrate Schultz, and Magistrate Cowan-Wright, presently have judicial misconduct complaints filed with Chief Justice Roberts for initial review and consideration by him or his designate, the exact same judicial misconduct complaints for which Clinton Appointee Senior Judge Frank illegally and unconstitutionally jailed me in violation of the statutory right given to me by Congress to make such complaints and even further did then seal the complaints against himself and the other three judges to cover them up and secret them in an attempt to be his own judge and jury in a smacking abuse of power and misuse of office, now also the subject of the judicial misconduct complaints against him. All judicial misconduct complaints will continue to be fully prosecuted until justice is served.

Having had my fill of the illegal and unconstitutional actions and political agendas of these four Democrat judges who have judicial misconduct complaints for bias, impropriety, misconduct, and corruption pending against them, I do hereby request the assignment to this civil action of a good Republican judge, preferably a truth speaking Trump appointee, who doesn't have an ax to grind and who is capable of fairness and objectivity. I've witnessed and experienced first hand the illegal and unconstitutional rulings and orders that come from Democrat judges and I do not ever again wish to repeat the experience. I would like to have and believe that I am entitled to receive a corruption-free, Democrat-free legal proceeding. I request, I expect, and I have a right to truth in all things, Trumpian truth.

Just a short time ago, even 5 years ago, it would have never been necessary to request a corruption-free, Democrat-free legal proceeding. Sadly, now it is necessary. In truth, Biden-Harris-Walz are the worst thing that has ever happened to Democrats, some of whom I have admired throughout history for different reasons, such as Woodrow Wilson, Franklin D. Roosevelt, and John F. Kennedy. However, Biden-Harris-Walz have shown themselves to not only be the worst thing that has ever happened to the Democrats, but also the worst thing that has ever happened to the justice system; the worst thing that has ever happened to the Judiciary, with my rough draft academic writings for which I'm now jailed as some ominous, ludicrous threat to the judicial process proving that I am in fact a robust and vocal supporter of a strong, vibrant, healthy, and well-funded federal Judiciary; the worst thing that has ever happened to the Republic; and the worst thing that has ever happened to the American people with rampant abuse of power, corruption, and the open and flagrant commission of crimes by federal officials, agents, and employees who know neither accountability nor law & order, and who find aid, comfort, and shelter from Biden-Harris-Walz.

A gentle and kind soul, a teacher and scholar, who has no criminal history, no history of violence, and no history of illegal drug use who was viciously, maliciously, and unexpectedly torn from his home, torn from his single 65 year old mother with me being her only child, and torn from everything that he has ever known to suddenly without provocation or warning be thrown in to jail with people the likes of which he'd never before met or seen in his entire life all because the severely abusive, corrupt, attention-seeking, grandstanding, spotlight hungry, mistake U.S. Attorney Andrew Luger came in to possession of a rough draft of deeply intellectual and scholarly academic writings, a Trumpian Republican book in the making, that greatly contributes to the marketplace of ideas through discussion of current events, policy, reform, and history and did then chop, twist, contort, pretzel, and cherry-pick very small pieces of that massive body of academic work, with the help of corrupt Democrat judges who have abused their power and misused their judicial offices for political motives, with the help of a corrupt, potentially criminal relationship with The Minnesota Star Tribune, which has developed a pattern of Luger puff pieces and defamatory defendant hit pieces, with no basis whatsoever in law,

jailed that teacher and scholar in order to advance Biden-Harris-Walz, to prevent even his rough draft Trumpian Republican academic writings; his historical, political, cultural, and policy oriented book in the making; from helping to re-elect President Trump, in one of the most severe, abhorrent, obscene, and criminal abuses by a U.S. Attorney and federal judges in American history, election crimes.

So, yes, although it gives me no pleasure to do so I must not only request, but demand, a corruption-free, Democrat-free civil proceeding with these bad actors now potentially setting a new standard by requiring, necessitating Democrat-free legal proceedings and Democrat-free juries. Through their mistake Andrew Luger, Biden-Harris-Walz-Klobuchar unleashed a walking holocaust who has destroyed an entire justice system, abused every scintilla of his power, and abused everyone he could find to abuse in an effort to ~~promise~~ [Promote] himself and his political agenda, not unlike the criminal Hitler.

More so than anyone I've met in this jail; 75% black men, young and old, who Andrew Luger funnels in to prison as fast as he possibly can even indicting them under the wrong laws, laws enacted to deal with the East Coast Italian mafia, so that he can capture even more black men and funnel them in to prison even faster, 15% Native American and Hispanic who Andrew Luger apparently settles for when he can't find a black man to capture, and 10% white men some of whom he uses to generate newspaper headlines for himself in what appears to be a corrupt, potentially criminal relationship that he has with The Minnesota Star Tribune; Andrew Luger has caused the most damage to Minnesota and is the most deserving of being in this jail, a proven racist and, in crimes against humanity, a true war criminal not seen since the Nuremberg Trials, a true war criminal whose actions demand that I request and require a corruption-free, Democrat-free, civil proceeding.

With me having already lost over 40 pounds since being jailed April 5, 2024, clumps of hair falling out, starving to death, having been medically abused and injured, and with medical injuries so severe that complex surgical intervention and supportive care is likely now required with me looking not unlike the "emaciated victims killed by starvation piled high in a wooden shed" at Ohrdruf concentration camp where General Eisenhower was so utterly shocked and appalled by the "brutality and ruthless disregard of every shred of decency" so as to "immediately request that the United States and United Kingdom send journalists and legislators to the camp so there would be 'no room for cynical doubt' as to its horrors." Estate of Alvarez v. The Rockefeller Foundation, 96 F.4th 686 (4th Cir. 2024).

With Republicans like President Eisenhower standing strong for the abused and oppressed and Democrats such as Biden-Harris-Walz-Klobuchar being the abusers and oppressors it is not only by right, but in wholly justified and righteous indignation that I demand a Democrat-free legal proceeding. Until America has its Nuremberg Trials the horrors and atrocities will continue until adjudged to be morally and legally reprehensible. For the sake of the American people and the nation, America's Nuremberg Trials should begin as soon as possible and be guided by two simple words. Never again! The nation needs Nuremberg. Let us restore accountability, law and order, morality, decency, and common sense to government once and for all.

In light of the aforementioned, based upon factual, real-world experience with Minnesota's federal bench and justice system, and with the Democrat judges against whom judicial misconduct complaints have been made having produced a mountain of evidence against themselves sufficient to secure convictions, I do hereby respectfully request a corruption-free, Democrat-free civil proceeding that is befitting and worthy of not only my mother and I, two American Citizens, but also of the American people and the Republic. With this critical, comprehensive introduction in mind I will now turn to and detail the specific counts of this civil complaint.

## Counts of the Civil Complaint

First, I will remind the Court that this omits criminal counts and allegations such as attempted murder, terrorism, crimes against humanity, war crimes, and other crimes. Second, I will remind the Court that this also omits all torts and claims that have been committed and arisen since April 5, 2024. As such, these counts relate to FBI actions and conduct to February 4, 2024 when the administrative claims giving rise to the FBI 'right to sue' letter of April 5, 2024 were filed, notably before I was illegally and unconstitutionally jailed on April 5, 2024 for my rough draft Trumpian Republican academic writings.

### Misuse of Force/Excessive Force

Force which is unnecessary and unreasonable in the performance of an act otherwise lawful. Beyond necessity so as to appear vindictive. Force in excess of that reasonable necessary to apprehend the offender or affect the arrest. On February 15, 2023 after departing from my mother's farm house, the Kroger Heritage Farm, and arriving at my apartment in Bemidji, Minnesota where I was a professor at Bemidji State University (Go Beavers!) I was jumped by 5-10 armed FBI agents. The Duluth FBI agent was asked if he wanted me to be handcuffed. He replied, "No, that's not necessary." That proves that I was not in fact or even perceived to be a threat to anyone, so there was absolutely no need to jump me with 5-10 heavily armed FBI agents. That was an obscene, shocking, and traumatic use of force. Further, they had no arrest warrants, but only search and seizure warrants. After my person was searched I should have been free to go. Instead, despite telling the Duluth FBI agent of my medical condition (Crohn's Disease) and the fact that I very badly, to the extreme needed to urinate after drinking numerous Starbucks on the drive up, I was forced in to an FBI truck against my will, told that I could not go to the bathroom unless and until I waived my Miranda Rights, and then after being forced to waive my Miranda Rights against my will and after being screamed at in a verbally abusive manner I was permitted to exit the FBI truck and told by the Duluth FBI agent, "You're a farm boy, you can go in the parking lot," at which point I was forced to urinate in the parking lot and then forced back in to the FBI truck against my will being further screamed at in a verbally abusive manner with me totally traumatized and in a state of complete shock having never before encountered anything of this nature in my entire life with no criminal history, no history of violence, and no history of illegal drug use. This resulted in both physical injury and severe trauma which I eventually was able to get to a specialist about perhaps 1-3 months later at which time it was diagnosed by a neurologist at Sanford in Sioux Falls, South Dakota as PTSD for which I was given a low dose anti-depressant, which has now resolved with no further medication being taken. Additionally, also on February 15, 2023 the FBI did attack and vandalize my mother's farm house, the Kroger Heritage Farm, which I discuss under the vandalism count and also under that count discuss how all of this could have easily been avoided if the FBI had simply served the search and seizure warrant on me at my mother's farm house where they knew I was located, with the Duluth FBI agent saying upon my arrival in Bemidji, "What took you so long?" then going on to ask why the drive from the farm took so long. I replied, "Weather." The Duluth FBI agent replied, "That's what we thought." Further, the FBI already had obtained the key to my Bemidji apartment from someone and could have entered the apartment at any time without me being present and without causing any damage to the structure. Instead, they waited for me to leave the Kroger Heritage Farm and then did physically destroy the house. Again, to be later detailed.

### Corruption

Under the color of influence, of mere relation of any kind, on the administration of justice, having been heavily lobbied and influenced by the criminal Nathan Dale Dornbrook and his huckster Chicago lawyers to attack me for their material gain to avoid the cost and likely loss of a civil proceeding and the professional gain and advancement of FBI Agent Glenn Moule who obtained warrants knowing I was innocent, intent on derailing two civil proceedings in vindictiveness and obsession to steal.



**Reckless Endangerment**
Carelessness. Disregard or indifference to consequences under circumstances involving danger to life or safety of others. For this count, I reassert events as described under Misuse of Force/Excessive Force and do here include additional information. When the FBI under the direction of FBI Agent Glenn Moule attacked my mother's farm, the Kroger Heritage Farm, on February 15, 2023 they arrived in 4 large SUVS, knowing that the house was empty, knowing I had already left, knowing my schedule and travel routine to Bemidji, and with all of that being confirmed by the Duluth FBI agent upon my arrival wanting to know what had taken me so long, and, of course, with the FBI certainly knowing that my mother lives in Bellevue, Nebraska because they seized her vehicle from her place of employment leaving her stranded at the same time. Four SUVs, three pulled in to the driveway and one stayed on the road, at least initially. As recorded on the Kroger Heritage Farm security cameras the FBI did violently and laughingly demolish the entry to the old farm house busting through and destroying the decorative glass door then entering the back porch where they did then demolish the 100 year old or so kitchen door that has existed since before my great-grandparents. Now, according to the official FBI report as relayed to me by State Farm Insurance, the FBI claim to have never busted through the kitchen door, which means they'd still be standing in the back porch and they also claimed to enter the house, but never go beyond 10 feet of the kitchen door, claiming to have essentially turned around and walked out. Of course, if you believe that stand on your head. In fact, as soon as the FBI entered the house they frantically searched for security cameras, seemingly knowing where they were located based upon their speed in finding them, which leaves the question of whether they had previously entered the house secretly or how they acquired information relating to the interior of the house and interior security cameras. They frantically went to the security cameras and disconnected all of them, pulling the wires apart to conceal their activities, with FBI agents recorded on video in the Southwest corner of the basement disconnecting the video camera over the water softener, proving they most certainly penetrated the entire house as the record of vandalism also shows, with the FBI even lying to State Farm Insurance to try to get out of damage they had caused. All the FBI does is lie. It's an organization of liars built on lies. That's all it is, a taxpayer funded scam. As to be detailed in the vandalism section, the FBI caused severe damage to the house. The FBI was not only extremely careless, but also imposed great danger to the life and safety of others. I believe that they knew the house was empty, with me on my way to Bemidji and my mom in Nebraska, which supports my argument that they could have simply served the warrants at my mother's farm and avoided all damage with them already having the key to my Bemidji apartment, but that they wanted to harm and destroy the farm house. However, for the security camera, putting on an acting show, FBI Agent Glenn Moule was playing around for the camera and did a fake knock, apparently fake knock on the door, as if to knock to see if I was home when they knew I was already in Bemidji. So, in the alternative, if they did truly believe that someone may be in the house, then their actions in violently ripping through the house and disconnecting video cameras to conceal their activities, especially as later evidenced by lying about their activities to Sate Farm Insurance, did constitute a disregard or indifference to consequences involving danger to life or safety to others.

In addition to the FBI's actions in Bemidji and at the farm, I will now also for the first time describe in this complaint, as previously documented in The Kroger Report, the one fighter jet attack and the one helicopter attack. The fighter jet attack was by a black, unmarked fighter jet as I was driving a truck between David City, Nebraska and a farm in Oak, Nebraska, pulling an 18 foot utility trailer with a 100 or so year old farm wagon strapped down on it. As I proceeded down the highway I curved south and from over my left shoulder did spot a fighter jet coming in hot at the level of the electrical wires. Something went wrong as the pilot did not see the electrical wires or miscalculated the point of interception. The fighter jet got to the electrical wires and pulled up hard, banking left, then banking right, then flying parallel to me with me on one side of the electrical wires and the fighter jet on the

other side of the electrical wires. The fighter jet descended further and was about 10 feet above the top of the corn in the field, which was even lower than the level of the electrical wires. At that point, it was flying right along side me in the same direction that I was driving. This lasted for perhaps 30-60 seconds and then the highway was going in to a wooded area and the fighter jet had a standing grove of trees directly in front of it. Before getting to the trees the fighter jet pulled up left and started ascending. It continued a very gradual ascent bearing southeast roughly between Omaha, Nebraska and Lincoln, Nebraska, eventually reaching flight altitude of approximately 10,000 feet. Having flown many times, with an interest in aviation and aviation history, and having went skydiving in the past I do have a general understanding of flight, aviation, flight patterns, and flight altitudes. This was nothing like anything that I've ever before seen or read about. After reaching flight altitude the fighter jet turned north and proceeded back toward Omaha, I assume Offutt Air Force Base, unless the FBI was running that plane out of a commercial airport. That was the last that I ever saw of that fighter jet. It broke off the attack after reaching the standing grove of trees. At the time and to this day I believe that my life was saved by those electrical wires and that standing grove of trees, as the FBI has been intent on trying to murder me for quite some time, as all the evidence bears out. I do not believe that the fighter jet had any intention of shooting at me. That leaves evidence. I believe that the fighter jet was going to fly right over me while driving or sideswipe me in an attempt to make me lose control while driving and get in a wreck. An assassination without any fingerprints, and even if I did survive who would ever believe that a fighter jet attacked me. That is, of course, part of the cover. It does, however, coincide perfectly with the FBI helicopter attack.

While driving westbound in a truck on a highway that is north of Ivanhoe, Minnesota and would lead one toward South Dakota, the westbound highway that leads directly into Hendricks, Minnesota, I was just driving along like normal, had the cruise control set, clear day. Seemingly, from out of nowhere, a fully enclosed helicopter with doors approach from south to north. It flew directly in front of my westbound truck, maybe 5 feet above the highway and so close to the truck that I'm still shocked the blades didn't hit the windshield or some other part of the truck. In fact, I may have been within blade range, but the blades were slightly above the roof of the truck. It was that close. The helicopter shot across the highway, flew underneath the electrical wires on the north side of the highway, and then ascended and kept flying north. Again, I think the intent was to try to cause me to lose control of my vehicle and get in a wreck. A no fingerprints assassination, and as part of the cover, even if I survived a wreck who would believe that I was attacked by a helicopter. I knew I was under attack by the FBI, but what do you do when the cops are the criminals? What do you do when crime wears a badge?

Three other murder attempts, one coinciding closely with the fighter jet attack, with me being under heavy surveillance all day long, was that in my mother's farm house, that has been in the family for decades and known to have never had a bat in the house in at least 40 years, the FBI planted a bat in the house. Not only a bat, but a rabid bat. And, not just anywhere in the house, but in the living room where I liked to sleep on a small twin bed and watch TV, which only my mom and the FBI who raided the house knew about. I awoke to a massive bat flying in the living room. Caught it in a 5 gallon pale, put the lid on, then let it go outside, not even thinking about rabies at the time. Later, I developed all the symptoms of rabies while driving to and from Grand Island, Nebraska with that same 18 foot utility trailer to get some old farm machinery to bring back to the Kroger Heritage Farm. I didn't think I'd make it back from Grand Island and if I did I'd die in my bed. I'd never felt like that in my life, ever. I detoured, floored the truck, and proceeded to Sanford emergency room in Sioux Falls, South Dakota where I told the ER doctor what had happened and was given 5 shots of rabies immunoglobulin and 1 of 4 rabies vaccine injections, with the other 3 to follow over time. I developed severe rabies related paralysis in my left leg, so bad that I had to lift my left leg out of bed with my hands every morning for about 1 month. I suspect paralytic rabies or acute flaccid myelitus. I still have that paralysis, the left

leg is weak, and it's difficult to climb stairs. I described it in The Kroger Report as polio-type paralysis, which is indeed correct. If you think of polio or the trials and tribulations of President Franklin D. Roosevelt, that's exactly what I experienced except the problem was and is confined to my left leg insofar as I'm aware. I am in need of medical diagnosis and treatment at the Mayo Clinic, which may be the only place capable of figuring something like this out; however, I was jailed before I could get diagnosis or treatment. It is believed that I was, in part, jailed to prevent me from getting diagnosis or treatment. U.S. Attorney Andrew Luger, as detailed in my petition to Justice Kavanaugh, The Honorable, The Supreme Court of the United States did indeed try to have me declared incompetent for both detailing the bat incident and also for claiming that I had a post-rabies polio-type paralysis in my left leg in need of medical diagnosis and treatment. They argued that I had suddenly become incompetent for even saying such a thing and this is likewise detailed in my questions for Writ of Certiorari. Further, medical treatment in this jail is poor when you can get it and usually non-existent. I require and extremely high level of medical care with expert doctors, an actual medical team, as I had for many years at Sanford in Sioux Falls, South Dakota who can not only address this issue, but issues relating to my Crohn's Disease and my likely urgent need for expert surgical care. It is believed that my jailing over my rough draft Trumpian Republican academic writings, my book in the making, is simply another attempt by the FBI and Andrew Luger to kill me by a different means, this time medical abuse and injury, which I've already sustained in crimes against humanity, war crimes. Further, the FBI did also as I alleged sabotage both a chainsaw at the farm in an attempt to injure me or kill me and also sabotage a fuel tank at the farm in an attempt to injure or kill me. Their motive, I believe, is a combination of the fact that I did, as requested by State Farm Insurance, file a criminal complaint against the FBI and Justice Department in April, 2023 with the Lyon County Sheriff, along with a thumb drive of the video footage of the FBI attack of February 15, 2023. This complaint is contained in the Appendix section of The Kroger Report. About 1 year later, February 4, 2024, I used my rough draft Trumpian Republican academic writings, my book in the making, to file administrative complaints, as is relevant here against the FBI, under the Federal Tort Claims Act. That resulted in a retaliatory indictment being brought against me a couple months later with me being jailed for that Trumpian Republican book in the making on April 5, 2024. U.S. Attorney Andrew Luger is severely corrupt, criminal and the Democrat judges showed themselves to be totally corrupt, committing flagrant and open acts of judicial misconduct as those drunk with power do, with those judicial misconduct complaints presently made to Chief Justice Roberts as part of my petition to Justice Kavanaugh, The Honorable, The Supreme Court of the United States. These are the primary acts of reckless endangerment of which I'm aware, but frankly if the FBI file was cracked open so that they could not conceal or cover up their crimes then there would probably be countless things that I'm not even presently aware of. This is only what I'm aware of relating to the 'right to sue' letter.

**Intimidation**
The act of putting another in fear by means of a threat or declaration of an intention or determination to injure such person by the commission of an unlawful act. For this, I reassert everything that I've said relating to the raids of February 15, 2023 at the farm and in Bemidji as well as the fighter jet attack, helicopter attack, and rabid bat, potentially also the chainsaw and fuel tank sabotage, all clearly likely intended to kill me, but even viewing it in the most charitable light intended to intimidate me. The FBI went rogue, totally rogue. The FBI became the criminals. The FBI became the terrorists.

**False Arrest**
Unlawful restraint of the physical liberty of another under an asserted legal authority to enforce the process of the law. For this count I reassert everything that I said happened to me in Bemidji during the FBI attack of February 15, 2023 with me being jumped by 5-10 FBI agents, forced in to an FBI truck against my will, held in custody in the FBI truck against my will, etc., all without any arrest warrant.

**False Imprisonment**
Unlawful restraint and interference with personal liberty. Put under restraint if words or acts induced a reasonable apprehension that force would be used if he did not submit. Any unlawful exercise or show of force, by which a person is compelled to remain where he does not wish to remain or to go where he does not wish to go is an unlawful arrest. I do hereby reassert everything that I have stated in regard to being unlawfully arrested without an arrest warrant after my person had already been fully searched and forced in to an FBI truck against my will, medically abused relating to not letting me urinate immediately and further refusing to let me urinate unless and until I waived my Miranda rights, and further continued to hold me in an FBI truck against my will while screaming at me and verbally abusing me. I was falsely imprisoned by the FBI in a truck when they attacked on February 15, 2023.

**Abuse of Process**
Malicious use or malicious perversion of civil or criminal process for a purpose or to obtain a result not lawfully warranted or properly attainable thereby. Malicious abuse of process is the employment of a process in a manner not contemplated by law or to effect a purpose which such a process is not intended by law to effect. The FBI did outright steal property from me and my mother by abusing and misusing criminal process in order to steal property that could never be taken through civil litigation or my personal Chapter 7 bankruptcy. The FBI hijacked the entire bankruptcy process in which I was involved in a severe abuse of process and power to simply steal property not legally obtainable through civil process or bankruptcy process. A heist. Theft under color of law. In fact, the only reason that the FBI did in fact steal that property was based upon false and fraudulent information provided to them by the criminal Nathan Dale Dornbrook and the corrupt bankruptcy trustee who created the most twisted and bizarre versions of events so as to be totally devoid of reality and who having no lawful grounds or process or ability to take anything through the bankruptcy process did then incite the FBI to steal it through the criminal process. The FBI did then outright steal the property in order to obtain an effect or result that could not be obtained through the civil or bankruptcy process. The FBI abused the criminal law and the criminal process to totally hijack a bankruptcy proceeding and subvert bankruptcy law. The FBI committed crimes. The FBI stole. They can't or won't be criminally prosecuted, yet. However, I can fully prosecute the related torts in this civil action and that's exactly what I'm doing.

**Malicious Prosecution**
Criminal prosecution begun in malice and without probable cause. Malice is ill will, hatred, hostility by one toward another. As can be seen in the video footage of FBI Agent Glenn Moule he exhibits hatred and obsession. Any reasonable person can judge facial expressions. Agent Moule is a man filled with obsession and hatred in this matter. This is further evidenced by him illegally interrogating me about my employment as a professor on April 5, 2024 and then feeding false information to the prosecution who then did argue that false information as grounds to detain me. This is further evidenced yet again by Agent Moule apparently and believed to have brought his wife to my pre-trial detainment hearing, one of the most bizarre acts of obsession and hatred by an FBI agent in FBI history. Further, Agent Moule started this investigation with malice and without probable cause. Further, the warrants issued in the criminal case were defective, issued without probably cause, and were not competently issued. Everything relating to this from the retaliatory ham sandwich indictment to my jailing and all the way back to when the criminal Nathan Dale Dornbrook first contacted the FBI 6 months after I filed FBI and IRS whistleblower reports on him is malicious, filled with malice, and does constitute a malicious prosecution. Malice is also shown by the treatment that I and my mother received on February 15, 2023 and the massive physical property damage caused.

**Oppression/Official Oppression**
Exercise of unlawful power or other means, in depriving an individual of his liberty or property against



his will. The wrong of a public officer in exercising his official authority for his own selfish or vindictive reasons to the harm of another. FBI Agent Glenn Moule did exercise his official authority in obtaining warrants and attacking me and my mother and our property on February 15, 2023 and he did so for his own selfish and vindictive reasons, sitting in the relatively sleepy backwater of Mankato, Minnesota, bored, needing some way to justify his existence on the FBI payroll, looking to cook up a crime for his own personal and professional gain and career advancement with FBI agents, in part, being promoted based on points with their heists, the value of what they may have stolen from someone, factored in to that. Agent Moule sought to use, contort, and twist my personal bankruptcy as a cover to abuse the criminal process and steal as much as he possibly could from my mother, just stuff those four SUVs full of my mother's property. That was his plan. The heist. He did execute that plan and engage in that attack on February 15, 2023 also then totally derailing my bankruptcy, perverting the criminal law in order to achieve a result that the rightful civil and bankruptcy law did not provide for and did not allow. He purposely short-circuited the entire system for his own gain. Further, having derailed the bankruptcy proceeding and stolen my laptop, documents, and records that I needed to participate in my bankruptcy proceeding he did effectively shut the proceeding down and through use of extreme force and subsequent events that followed with further FBI abuse, I did then enter in to a waiver of discharge against my will and under both oppression and duress, a waiver of discharge that I did not want to ever enter into. A bankruptcy proceeding that I wanted to fight until the bitter end knowing that I was right and knowing that I was entitled to a discharge and was being oppressed, forced through government abuse of power, to not receive that discharge to which I was lawfully entitled. I have made this clear in the Relief Section of my petition to Justice Kavanaugh, The Honorable, The Supreme Court of the United States, requesting as relief that the Supreme Court grant me a discharge in habeas for my derailed bankruptcy proceeding, order the government to pay all debts, or otherwise award me an amount of money sufficient to pay all the debts of that bankruptcy proceeding, in addition to other requested monetary relief. Depending on what the Supreme Court may do, however, I do fully intend as of the writing of this to revoke the waiver of discharge and obtain the bankruptcy discharge to which I'm lawfully entitled regardless of the sham, retaliatory indictment. FBI Agent Glenn Moule stole the civil proceeding from me, stole the bankruptcy proceeding from me and stole from me the benefits and protections of those laws by perverting the criminal law and criminal process to obtain an outcome not lawfully provided for or intended by Congress. Congress never intended for criminal law to be used to derail and hijack and subvert bankruptcy proceedings to achieve outcomes tailored to the whims of a corrupt FBI agent.

**Intentional Infliction of Emotional Distress**
Deliberate or reckless infliction of mental suffering, outrageous conduct, conduct caused emotional distress, and that distress was severe. In support of this I reassert what I have said relating to my entire experience with the FBI on February 15, 2023 in Bemidji, Minnesota which placed me in a severe state of shock and trauma from the excessive use of force in the FBI jumping me with 5-10 heavily armed agents even though they perceived no threat as evidenced by them not even handcuffing me, using that force to simply inflict mental and emotional trauma and injury to illegally and unconstitutionally forcing me in to an FBI truck, medically abusing me, and verbally abusing and brutalizing me, all engineered to inflict mental and emotional injury and all of the most outrageous and severe character. I also reassert their intentional and severe damage caused to my mother's house, the Kroger Heritage Farm, as engineered to inflict severe emotional and mental trauma and likewise being outrageous and severe with the FBI disconnecting all security cameras to conceal their conduct and also lying to State Farm Insurance about their conduct by generating a false FBI report to cover their tracks, all as well documented in my criminal complaint against the FBI submitted to the Lyon County Sheriff in April, 2023. Also, I reassert all of the assassination attempts by the FBI: the fighter jet attack, the helicopter attack, the rabid bat planted in the house, the chainsaw sabotage, and the fuel tank sabotage. Further, I

do also state the severe mental anguish and emotional suffering inflicted upon my mother by the conduct of the FBI in this matter relating to her, her home, and her personal property stole by the FBI with the FBI purposely stealing her truck from the parking lot of her employer with everyone watching, thoroughly distressing her with her having no idea whatsoever what on earth was happening and being severely traumatized and having to deal with that at her employer, when the FBI could have quietly taken the truck from her apartment with 2 agents. No they wanted a circus, they wanted a grand show, they wanted to send a message, they wanted to inflict emotional distress and they wanted to intimidate.

**Vandalism**
As determined by State Farm Insurance and as extremely well documented in my criminal complaint against the FBI of April, 2023 the FBI did vandalize my mother's farm house, the Kroger Heritage Farm and evidence of this begins with the video footage before they ever entered the house. The video footage reveals the hatred and obsession in FBI Agent Glenn Moule's face and then him joking and laughing as he smashed the door to the house in totally destroying the colored glass door and door frame. Agent Moule was having a party. He destroyed numerous doors, destroyed walls, destroyed ceilings, destroyed the security system, destroyed the foundation, and destroyed the electrical system with it still needing to be determined the extent of damage and sabotage caused to the electrical system of the house by Agent Moule so as to account for the new problems that suddenly started after the FBI attack of February 15, 2023. FBI Agent Glenn Moule has committed crimes and is a criminal. The civil prosecution of the torts and civil matters has now begun. Any criminal prosecution is, of course, beyond the capability of a civil action and is left for the authorities with Democrats promoting, concealing, and sheltering crime and Republicans favoring accountability, law and order, and truth in government.

FBI Agent Glenn Moule did willfuly, wantonly, and ruthlessly act to damage and destroy the property with this very well documented, tons of documentation. He did do everything possible to conceal the vandalism by generating false reports, lying to the insurance company, and disconnecting all security cameras to defeat or destroy any videographic evidence. The house has been in the family for many years, going back to my great-grandparents, and this is the worst damage the house has ever seen in history. Precious doors and things that had been with the house from the beginning, even before my great-grandparents destroyed by FBI criminals. All damage could have easily been avoided if the FBI has simply served the warrants at the farm where I was already located and where they knew I was at as previously discussed and with them already having obtained the key to my Bemidji apartment and not needing me there. FBI Agent Glenn Moule wanted me gone from the house so that he could attack it, totally destroy it, and inflict as much physical damage and harm as possible. Vandalism. There remain extremely perplexing problems as to how the house can even be fixed the damage is so extensive. Entire rooms may need to have the walls torn out and redone to solve the problems created, especially relating to damaged electrical wiring. The FBI is the greatest threat to democracy, liberty, freedom, and law & order in American history, now attacking teachers and old women, shielded by their badges.

**Theft**
On February 15, 2023 the FBI did wrongfully and fraudulently take personal property from both me and my mother without our consent and with intent to deprive us of the value of that property. The search and seizure warrants are defective and not competently issued, with the warrants issued as a pretext to steal property, primarily from my mother, in a four SUV heist as my mother's farm, the Kroger Heritage Farm, with the warrants having been obtained with false and fraudulent information. This has resulted in severe damage and also cost me my liberty and near loss of life. This is truth. I speak truth. And, so too is President Trump truth, truth for today, and truth for tomorrow, the answer to the strength and preservation of democracy and the restoration of accountability and law & order.

**Malicious Mischief**

As determined by State Farm Insurance and as all facts and evidence such as destroyed doors, door frames, walls, and ceilings bear out, on February 15, 2023 the FBI destroyed my mother's farm house, the Kroger Heritage Farm, severely impairing the utility and materially diminishing the value, and with video footage showing the FBI disconnecting the security cameras to conceal their actions, immediately, their top priority was disconnecting those cameras. They ran to those cameras and disconnected them upon entering the house as their top priority. They did then continue to willfully and maliciously destroy the property with not all damage covered by insurance.

**Negligence/Culpable Negligence**

The FBI failed to exercise due care demanded by the circumstances and willfully created an unreasonable risk of fatal consequences and wanton disregard or indifference to human life. In support of this I reassert everything that I have said relating to my experience with the FBI in Bemidji on February 15, 2023 and also everything that the FBI did at my mother's farm house.

**Fraud/Deceit/Misrepresentation**

On February 15, 2023 FBI Agent Ian Diem who sat in the back seat of the FBI truck in which the Duluth FBI Agent held me against my will, did trick, deceive, and defraud me in to surrendering to him any additional information by giving me his business card and writing the name of FBI Agent Glenn Moule on the back of the card, soliciting any additional information that I may have relating to this entire matter. The business card contained Agent Diem's email address. I subsequently emailed Agent Diem additional requested, solicited information, including but not limited to The Kroger Report and The Kroger Report, Part 2, my rough draft Trumpian Republican academic writings and book in the making, which were submitted as claims under the Federal Tort Claims Act with U.S. Attorney Andrew Luger calling that act, the act of emailing that requested and solicited material, after having been given a business card to do so and having never been told to not email Agent Diem or to stop emailing Agent Diem, U.S. Attorney Andrew Luger then using that act of emailing the requested and solicited information to Agent Diem as a pretext to say that I was intimidating witnesses and that based on that I should be jailed under the pre-trial detainment statute. Andrew Luger vindictively and viciously argued this as grounds to jail me, costing me my liberty and causing severe damage to my body inflicted as a result of medical abuse as part of Andrew Luger's crimes against humanity. Later, on April 5, 2024 FBI Agent Glenn Moule would also deceive and defraud me by illegally and through trick soliciting my employment information from me, then giving false employment information to the prosecution that they then likewise argued as grounds to detain me and for which I'm now jailed. We see a pattern of fraud, deceit, misrepresentation, and lies on the part of the FBI and it is systemic and being done by all FBI agents and even the U.S. Attorney Andrew Luger. As I said in my petition to Justice Kavanaugh, many times, one bad U.S. Attorney can destroy an entire justice system. It permeates out from the rotten core like a metastasizing cancer. A total sham, one of many, from the most corrupt, abusive, and criminal U.S. Attorneys in American history. As a result of this fraud, misrepresentation, and trickery I have been jailed and suffered severe damage. Additionally, the Duluth FBI agent did also defraud me and make misrepresentations to me. After I had been fully searched with everything removed from my person and with him having no arrest warrant he forced me in to an FBI truck and told me that I could not urinate unless and until I waived my Miranda rights and answered his questions, which I did, subjected to screaming and verbal abuse. Finally, being let out to urinate and being told, "You're a farm boy, you can go in the parking lot," which is also further evidence of malice. After urinating I was then forced back in to the FBI truck for further questioning. Again, I was defrauded and deceived by the FBI with the FBI making misrepresentations to me that cost me my liberty, forced me to give evidence or bear witness against myself, and did cause medical injury including both my Crohn's Disease and the related trauma and subsequent PTSD.

**Defamation/Slander/Libel**
FBI Agent Ian Diem and others did maliciously, falsely publish my rough draft academic writings, my Trumpian Republican book in the making without my authorization, The Kroger Report and The Kroger Report, Part 2, and in a despicable manner, distorting and misconveying the rough drafts so as to intentionally injure my name and reputation and bring me in to disrepute and deprive me of liberty with this defamatory act not only resulting in my jailing but also in a retaliatory, totally tainted, indictment. Later, in a continuing pattern of abuse, defamatory statements were made by U.S. Attorney Andrew Luger to The Minnesota Star Tribune about me and my rough draft academic writings, my Trumpian Republican book in the making with the usual malice, vindictiveness, and viciousness that characterizes Andrew Luger.

**Slander of Title**
Written or spoken words which bring in to question the right or title of another to real or personal property. By stealing under color of law my mother's two vehicles, a 1996 Cadillac Brougham and a 2019 Chevrolet Colorado, under civil asset forfeiture, with an appropriate claim for the return of both vehicles having been properly filed with the FBI in Brooklyn Center, Minnesota, and with the FBI then sitting on those claims and doing nothing, which is the characteristic way in which they operate and the reason why a class action lawsuit for their civil asset forfeiture process was certified, and with the FBI obsessed over my mother's two vehicles even having the forfeiture of my mother's two vehicles hard wired in to the face of my indictment with those two vehicles to now be criminally forfeited if I'm convicted of anything, because the FBI did not have any grounds and could not legally keep the vehicles under civil asset forfeiture, which is why they never responded to the claims and simply sat on the vehicles, and with my retaliatory indictment coming after these civil claims for the return of the vehicles were filed, all of these actions and abuses by the FBI has slandered the titles of those two vehicles for which damages must be paid.

**Trespass**
The FBI did illegally and forcefully enter and cause extensive damage to my mother's farm house, the Kroger Heritage Farm, despite the farm being fully posted with signage that read "No Trespassing." The FBI did do this under the pretext and color of defective and incompetently issued search and seizure warrants, likewise also committing an act of trespass by entering my apartment in Bemidji, Minnesota.

**Battery**
Without any arrest warrant with me having been forced to enter an FBI truck against my will the Duluth FBI agent and perhaps others did engaged in an unauthorized touching that offended any reasonable sense of personal dignity and did constitute a battery.

**Assault**
Intent to inflict injury upon me by refusing to let me urinate, forcing me in to an FBI truck, refusing to let me urinate unless and until I waived my Miranda Rights, and engaging in hours of screaming, prolonged, excessive and emotionally distressing interrogation causing me to be in a state of shock and trauma with me having never before been exposed to anything remotely like this. Further, I do reassert that both the fighter jet attack and helicopter attack and everything that I have said about those two events did also constitute assaults, with both events either targeted at killing me or intimidating me, but in any case both were threatening gestures showing in themselves an immediate intention and ability to commit a battery. The threatening actions of the FBI, including them using excessive force to jump me with 5-10 FBI agents even though they did not even perceive me as a threat, as proven by the Duluth FBI agent saying that there was no need to handcuff me, shows numerous assaults by the FBI.

**Tortious Interference with a Business Relationship**
As thoroughly documented in The Kroger Report, The Kroger Report, Part 2, my criminal complaint against the FBI, and my petition to Justice Kavanaugh, I went in to business with the criminal Nathan Dale Dornbrook, originally of Mentor, Ohio, but now of Alyth Scotland where he holds himself out as the Baron of Alyth, sometimes illegally titling himself Lord, after buying for approximately $100,000 a Scottish feudal title in an effort to whitewash his filthy past, all his dirty laundry, and climb the British social ladder. Of course, at the time I did not know that Nathan Dale Dornbrook is a criminal. I'd come to realize that later, which is what prompted my whistleblower reports to the FBI and IRS. Nathan Dale Dornbrook insisted that everything with our business be done with loans, that he would lend money to our company, provide financing. In fact, Dornbrook did not invest one penny. There was no investment relationship or structure for any type of investment. This was two guys going in to business together, actively working the business together, actively building the business together. Nathan Dale Dornbrook promised me that he would provide financing of his own personal money to our company, including funding all personal loans as provided for in our operating agreement and subsequent amendment, of at least, an absolute minimum of $1 million of his personal money, and later we had briefly discussed doing a $2 million apartment project, but after I saw the condition of the apartment complex, evaluated the community that it was in, evaluated what may be made if it were a regular private housing or low-income housing project, a full initial screening, I did then decide that particular project could not be profitable, certainly not profitable enough to warrant undertaking a commitment of that size and did then tell Dornbrook that based on my boots on the ground evaluation and everything that I'd figured out that I did not think that we should do that project, that it would be a bad idea. He agreed. That project would have been something a bit different, larger than the individual houses contemplated by our original tax deed purchasing strategy for building a business throughout Texas in all counties. Further, and importantly, Dornbrook also promised me 50 million British Pounds (about $60-65 million at the time) in additional financing, not investment, but borrowed capital, with the business model being much more profitable if we operated on borrowed money instead of taking on any investors or investment capital. Dornbrook wanted to be a lender himself and he wanted any money that came from the outside to be borrowed funds as well. So, we were in mutual agreement on that. Not only was Dornbrook never an investor, but he actually prohibited any future investors, wanting the future money to come through financing. Dornbrook was well-resourced, I trusted him, I relied on his promises, he said he knew "all the right people," etc. I didn't know that he was just blowing smoke and had neither the resources nor the people or contacts to achieve what he was promising and representing to me, promises and representations upon which I relied in how I conducted myself, how I spent my personal loan money which was mine to do with as I pleased with a 10 year balloon repayment required. The FBI jumped in to the middle of this business relationship, that had already entered the state court civil litigation phase and further did then disrupt the bankruptcy proceeding in which Dornbrook was actively participating and did totally interfere with that business relationship, me enforcing my rights within that business relationship through civil process, me holding Dornbrook civilly accountable for his actions and conduct and liability of which he has already tried to be relieved through settlement, and me obtaining the benefits of that relationship as promised to me by Dornbrook, including intentional interference with prospective contractual relations not yet reduced to contract. The FBI, fueled by FBI Agent Glenn Moule's hatred, obsession, and desire for personal and professional gain, did totally interference with and destroy beyond all imagination that business relationship by jumping in where they did not belong, by tortiously, even illegally, entering in to a business relationship and an ongoing civil matter in which I had every right to enforce my rights under civil law and under contract and hold Dornbrook accountable for many things such as breach of promise. If we want to view things in a criminal context, then Dornbrook committed many acts of fraud upon me and did also create, even require, the circumstances, the operating everything on loans, that led to me ridiculously being accused of money laundering for spending my own money. Truth!



15 of 18

**Tortious Interference with a Family Relationship**
The FBI have abused both the criminal process and the bankruptcy process to inflict as much harm as possible on my relationship with my mother to directly abuse and harm my mother and me, and to separate me from my mother, with her being 65 years old, single, and me being her only child. This has been done with malice, viciousness, vindictiveness, cruelty, and total disregard of human decency. These are indeed the actions of criminals, terrorists, who misuse and abuse the laws on the books in order to willfully, maliciously, and vindictively use their official office and position to harm people. The FBI abused the civil process, the bankruptcy process, and the criminal process to attack my mother's home, to attack my mother's personal property, to steel my mother's personal property, and it is believe based on well documented events, such as a white car racing toward my mother after she walked to the curb in front of her employer and then swerving at the last minute to avoid hitting her causing here severe distress, to even directly harm my mother. The FBI has abused every law and process that it could abuse to harm my mother, to harm me, and to interfere with our mother-son relationship. There must now be accountability for all harms caused by the FBI to me, to my mother, and to our relationship. It's time for law and order to be restored to government. It's time for lawlessness, corruption, and abuse of power to come to an end. It's time for both my fellow Minnesotans and my fellow Americans to fully open their eyes to what is really happening in Minnesota and in America today and to stand strong for truth, truth for today, and truth for tomorrow; to stand strong for President Trump who will always protect, preserve, and strengthen democracy.

## Conclusion

In concluding this simple, brief, and factually true statement of claims the purpose of which is to obtain money damages for violations of federal law by federal officials, agents, and employees for the atrocities, horrors, and morally and legally reprehensible abuses inflicted upon me and my 65 year old mother, abuses that not only support an award of the full $2 Trillion in damages, an historic sum of money, but abuses that would likewise lead any 'Nuremberg Trial' or "military tribunal" as quoted by President Trump in The Minnesota Star Tribune to convict.

Americans want accountability and law and order in government, a Trumpian Republican promise to the American people. This civil action for money damages rightfully and justly brings accountability and law and order to the FBI at a time when the federal government needs to say of the FBI, "We are sorry. We made a mistake," with the American right to petition the government with administrative claims for money damages and bring a civil action for money damages being one of the primary ways that Americans are capable hopefully having a positive influence upon government behavior, in addition to the right to vote, freedom of speech, and other cherished rights and freedoms that enable Americans to influence government behavior. Like all civil actions against the government for money damages, this civil action may likewise influence government behavior going forward.

In addition to this simple, brief, and factual statement, and herein incorporated by reference, is my petition to Justice Kavanaugh, The Honorable, The Supreme Court of the United States, which contains additional factual content, as well as my rough draft academic writings, my Trumpian Republican book in the making, including but not limited to The Kroger Report and The Kroger Report, Part 2, both of which contain significant factual and evidentiary content, submitted as administrative claims against the government pursuant to the Federal Tort Claims Act seeking money damages, for which I'm now jailed and have been jailed since April 5, 2024, the not coincidentally exact same April 5, 2024 date as the attached 'right to sue' letter from the FBI in which the FBI clearly sought to make a malicious, vindictive, and retaliatory statement against me.

And, while it gives me absolutely no pleasure to do so and is an extremely sad testament to the present state of affairs and Minnesota's federal justice system, by necessity and based on factual experience, I must request a corruption-free, Democrat-free legal proceeding. Truth in all things. That is what I expect and have a right to and that is what President Trump represents. Truth. From the Democrat U.S. Attorney Andrew Luger and the Democrat judges involved in my criminal proceeding I have received and experienced abuse of power, misuse of office, corruption, crimes against humanity, retaliation, maliciousness, bias, impropriety, and misconduct. I'll take truth. I'll take a corruption-free, Democrat-free legal proceeding.

And, with the mountain of evidence that U.S. Attorney Andrew Luger and the judges involved have produced against themselves, sufficient to secure convictions, I can fully and factually back up my request and the necessity of having to make such a request. If the Court has any question regarding the necessity of my request for a corruption-free, Democrat-free legal proceeding, I would welcome an open, public evidentiary hearing to prove up the bona fides of my request.

There is a sacrifice to be made and a price to be paid. I am Justice. By making that statement in my rough draft Trumpian Republican academic writings, my Trumpian Republican book in the making, submitted as claims under the Federal Tort Claims Act for which I'm now jailed in part in an effort by U.S. Attorney Andrew Luger to hijack, obstruct, and defeat these claims without a civil proceeding, I made clear that the purpose of these claims is to obtain monetary damages for the harms and abuses of

officials, agents, and employees of the federal government. Just as I did so state then, just as I've said all along, and just as I do so state now, the sacrifice to be made is the financial sacrifice of the federal government and the price to be paid is the Trillions of dollars claimed, $2 Trillion in this particular civil action, potentially with future administrative claims and civil actions to follow in due course, unless the federal government wises up, pays up, and settles this matter.

And, likewise, just as was so stated in my rough draft Trumpian Republican academic writings and book in the making, including but not limited to The Kroger Report and The Kroger Report, Part 2, and just as I've always stated, and just as I do so state now: I am Justice. And, so too can every American be Justice.

By exercising my rights for which I'm now jailed, by bringing these civil claims against the government and by now bringing this civil action against the government, I am Justice. I am bringing Justice to the federal government for the harms and abuses committed by federal officials, agents, and employees, which will hopefully bring not only the monetary damages that my claims seek and fulfill the purpose of my claims, but also have a positive influence, as all civil litigation against the government does, on accountability and law and order in government, as discussed in my rough draft Trumpian Republican academic writings and book in the making for which I was jailed, with my factually true and correct claims to be proven in court as is my right. Let there be truth.

I do hereby solemnly swear that this is true and correct to the best of my knowledge and belief.

Respectfully submitted,

*[signature: James Kroger]*

James Anthony Kroger, LL.M., J.D., M.B.A., SPN: 29936
Sherburne County Jail
13880 Business Center Drive, N.W.
Elk River, Minnesota 55330

*[signature: Phyllis Layne Kroger by James Anthony Kroger as Power-of-Attorney]*

Phyllis Layne Kroger by James Anthony Kroger as Power-of-Attorney, fully authorized to initiate, address, and otherwise deal with legal proceedings.

Given September 21, 2024

18 of 18